**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Duane L. MOORE, Defendant– Appellant.**

**No. 12–2127.**

United States Court of Appeals, Seventh Circuit.

Submitted June 13, 2013.

Decided June 17, 2013.

Donald S. Boyce, Office of the United States Attorney, Fairview Heights, IL, for Plaintiff–Appellee.

\* After examining the briefs and record, we

Daniel T. Hansmeier, Office of the Federal Public Defender, Springfield, IL, Jonathan E. Hawley, Federal Public Defender, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Duane L. Moore, Terre Haute, IN, pro se.

Before FRANK H. EASTERBROOK, Chief Judge, DANIEL A. MANION, Circuit Judge and ILANA DIAMOND ROVNER, Circuit Judge.

### Order

In light of counsel's memorandum indicating that Moore remains content with his plea of guilty after discussing the issue identified in our order of March 19, we accept the *Anders* filing, allow counsel to withdraw, and dismiss the appeal as frivolous.